## UNITED STATES *v.* CHAS. WOO QUONG

**No. 6181.**—Pro forma invoices dated Mexicali, Mexico, November 5, 1942, etc.
Entered at Calexico, Calif., November 5, 1942, etc.
Entry No. 463–A, etc.

(Decided June 26, 1945)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.

Defendant not represented by counsel.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon an oral stipulation entered into by and between the respective parties, agreeing, in substance, that the proper value for the merchandise under consideration should be $11.68 per ton, net.

Accordingly, I hold the proper value for the involved merchandise to be $11.68 per ton, net.

Judgment will be rendered accordingly.

## UNITED STATES *v.* CHAS. WOO QUONG

**No. 6182**—Pro forma invoices dated November 17, 1942, etc.
Entered at Calexico, Calif., November 17, 1942, etc.
Entry No. 538–A, etc.

(Decided June 26, 1945)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.

Defendant not represented by counsel.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon an oral stipulation entered into by and between the respective parties, agreeing, in substance, that the proper value for the merchandise under consideration should be $32 per ton of 2,000 pounds, f. o. b. mill, net.

Accordingly, I hold the proper value for the involved merchandise to be $32 per ton of 2,000 pounds, f. o. b. mill, net.

Judgment will be rendered accordingly.